| | |
|---|---|
| 1 | Kent Khtikian, Esq. (#99843) |
|   | Conor D. Mack, Esq. (#253878) |
| 2 | Katzenbach and Khtikian |
|   | 1714 Stockton Street, Suite 300 |
| 3 | San Francisco, California  94133-2930 |
|   | Telephone: (415) 834-1778 |
| 4 | Facsimile: (415) 834-1842 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BRICKLAYERS AND ) CASE NO.  CV 10-1709 SBA
ALLIED CRAFTSMEN LOCAL NO. 16 )
PENSION TRUST, )
  ) **PLAINTIFF'S REQUEST TO**
            Plaintiffs, ) **CONTINUE CASE MANAGEMENT**
  ) **CONFERENCE;**
vs. ) **[PROPOSED] ORDER RESETTING**
  ) **CASE MANAGEMENT**
McELDOWNEY AND SONS, INC., a California ) **CONFERENCE**
Corporation, )
  )
            Defendant. )
  )
_____)

Plaintiff respectfully requests that the Court continue the Case Management Conference currently scheduled for September 9, 2010 for 120 days, until January 6, 2011, for the following reasons.

Plaintiff's counsel has a conflict on September 9, 2010 and will be unable to participate in the telephonic Case Management Conference on that day.

Plaintiff's have been unable to serve Defendant and have filed an *ex parte* application to serve Defendant by publication and to extend the time to serve Defendant.  (See document number 7 herein).  The *ex parte* application details Plaintiff's attempts to serve Defendant, Defendant's refusal to accept service, and negotiations between Plaintiff's counsel and

Defendant's counsel. (*Id.*) Plaintiff has requested additional time to serve Defendant by publication and have requested until November 30, 2010 to file a proof of service with the Court. It is extremely unlikely that Plaintiff will be able to effectuate service before the case management conference currently scheduled for September 9, 2010.

In order to give Plaintiff time to serve Defendant by publication and give Defendant time to file a responsive pleading or for Plaintiff to take Defendant's default, the Court should continue the case management conference currently scheduled for September 9, 2010 for 120 days, until January 6, 2011. Even if the Court denies Plaintiff's request to continue the case management conference for 120 days, Plaintiff respectfully requests that the Court reschedule the case management conference for another date, as Plaintiff's counsel is unavailable on September 9, 2010.

Respectfully submitted,

Katzenbach & Khtikian

Dated: August 10, 2010   By:  /s/ Kent Khtikian
                              W. Kent Khtikian
                              Attorneys for Plaintiff

## [Proposed] ORDER

Good cause appearing, the Court hereby orders that the Case Management Conference scheduled for September 9, 2010 is rescheduled for January 6, 2011 at 2:45 p.m. A joint case management conference statement shall be filed no later than December 27, 2010.

IT IS SO ORDERED

Dated: 9/3/10                      _____
                                   Hon. Saundra B. Armstong
                                   United States Judge

PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER
Case No. CV 10-1709 SBA                                                      2

| | |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |
| 2 | I am a resident of the County of San Francisco, California. I am over the age of eighteen |
| 3 | years and not a party to this action. My business address is Katzenbach and Khtikian, 1714 |
| 4 | Stockton Street, Suite 300, San Francisco, California 94133. I served the within: |
| 6 | 1. PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER |
| 8 | on the parties remaining in the action herein, by placing a true copy thereof enclosed in a sealed |
| 9 | envelope with first class postage thereon fully prepaid in the United States Mail at San |
| 10 | Francisco, California, on August 10, 2010 addressed as follows: |
| 12 | Brian Joseph McEldowney<br>727 Monterey Rd.<br>Salinas, CA 93908 |
| 14 | Terrence R. O'Connor, Esq.<br>Noland, Hamerly, Etienne & Hoss<br>P.O. Box 2510<br>Salinas, CA 93902 |
| 17 | I declare under penalty of perjury that the foregoing is true and correct, and that this |
| 18 | declaration was executed on August 10, 2010. |
| 21 |    /s/ Cheri Yau   <br>Cheri Yau |